THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-163-JLR |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY POLYGRAPH CONDITION OF SUPERVISED RELEASE |
| TYRELL L. MOSS, | |
| Defendant. | |

THE COURT has considered Tyrell Moss's unopposed motion to modify the special conditions of his supervised release along with the records in this case.

IT IS ORDERED that Mr. Moss's special condition of supervised release regarding polygraphs, *see* Dkt. 59 at 5, be amended as follows:

> The defendant shall be required to submit to periodic polygraph testing at the direction of the probation officer to ensure their compliance with the requirements of their supervision or treatment program while maintaining their Fifth Amendment rights. Polygraph testing may not exceed six tests per year.

All other conditions of supervision remain the same.

DONE this 24th day of March, 2025.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mukund Rathi*
Attorney for Tyrell Moss

ORDER TO MODIFY POLYGRAPH CONDITION
OF SUPERVISED RELEASE
(*United States v. Moss*, CR23-163-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100